IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| PAULA PARKS MCCLINTOCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:17-cv-00259-JAG |
| | ) | |
| CONTINUUM PRODUCER SERVICES, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO CERTIFY THE SETTLEMENT CLASS FOR SETTLEMENT PURPOSES, PRELIMINARILY APPROVE CLASS ACTION SETTLEMENT, APPROVE FORM AND MANNER OF NOTICE AND SET DATE FOR FINAL APPROVAL HEARING**

Plaintiff, Paula Parks McClintock ("Plaintiff"), individually and on behalf of all others similarly situated, respectfully files this Motion to Certify the Settlement Class for Settlement Purposes, Preliminarily Approve Class Action Settlement, Approve Form and Manner of Notice and Set Date for Final Approval Hearing (the "Motion"), and hereby moves the Court for entry of an Order:

1. Certifying the Settlement Class for settlement purposes;[1]

2. Preliminarily approving the Settlement of the above-captioned action;

3. Appointing Plaintiff as Class Representative of the Settlement Class;

---

[1] All capitalized terms not otherwise defined herein shall have the meaning given to them in the August 20, 2019 Stipulation and Agreement of Settlement ("Settlement Agreement"), a copy of which is attached as Exhibit 1 to the Memorandum of Law in Support of this Motion, which is filed concurrently herewith.

4. Appointing Nix Patterson, LLP and Ryan Whaley Coldiron Janzen Peters & Webber PLLC as Class Counsel for the Settlement Class, and Whitten Burrage, Barnes & Lewis, LLP, and Lawrence R. Murphy, Jr. as liaison local counsel for the Settlement Class;

5. Approving the form and manner of providing notice of the Settlement to the Settlement Class;

6. Appointing a Settlement Administrator; and

7. Setting a hearing date for final approval of the Settlement and application for an award of Attorneys' Fees, Litigation Expenses, and Case Contribution Award to Plaintiff.

Plaintiff bases this Motion on the applicable law and all records and documents on file, including the Memorandum of Law in Support of this Motion, which is being filed concurrently herewith and is incorporated by reference as if set forth fully herein.

Accordingly, Plaintiff respectfully requests that this Court enter an Order granting the relief listed above, and any such further relief to which the Court finds the Settlement Class entitled.

A proposed Order is being submitted concurrently herewith.

DATED: August 20, 2019.                    Respectfully submitted,

*/s/ Andrew G. Pate*
Bradley E. Beckworth, OBA No. 19982
Andrew G. Pate, TX Bar No. 24079111
**NIX PATTERSON, LLP**
3600 N. Capital of Texas Hwy.
Building B, Suite 350
Austin, TX 78746
(512) 328-5333 telephone
(512) 328-5335 facsimile
*bbeckworth@nixlaw.com*
*dpate@nixlaw.com*

Patrick M. Ryan, OBA No. 7864
Phillip G. Whaley, OBA No. 13371
Jason A. Ryan, OBA No. 18824
Paula M. Jantzen, OBA No. 20464
**RYAN WHALEY COLDIRON JANTZEN PETERS & WEBBER PLLC**
900 Robinson Renaissance
119 North Robinson
Oklahoma City, OK 73102
(405) 239-6040 telephone
(405) 239-6766 facsimile
*pryan@ryanwhaley.com*
*pwhaley@ryanwhaley.com*
*jryan@ryanwhaley.com*
*pjantzen@ryanwhaley.com*

Michael Burrage, OBA No. 1350
**WHITTEN BURRAGE**
512 N. Broadway Ave., Suite 300
Oklahoma City, OK 73103
(405) 516-7800 telephone
(405) 516-7859 facsimile
*mburrage@whittenburragelaw.com*

Robert N. Barnes, OBA No. 537
Patranell Lewis, OBA No. 12279
**BARNES & LEWIS, LLP**
208 N.W. 60th Street
Oklahoma City, OK 73118
(405) 843-0363 telephone
(405) 843-0790 facsimile
*rbarnes@barneslewis.com*
*plewis@barneslewis.com*

Lawrence R. Murphy, Jr.,
OBA No. 17681
**LAWRENCE R. MURPHY, JR., P.C.**
624 South Boston, Floor 8
Tulsa, OK 74119
*larrymurphypc@icloud.com*

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that I authorized the electronic filing of the foregoing on August 20, 2019, with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to all registered parties.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Andrew G. Pate*
Andrew G. Pate