# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAULA PARKS MCCLINTOCK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:17-cv-00259-JAG ) |
| CONTINUUM PRODUCER SERVICES, L.L.C., | ) ) ) ) |
| Defendant. | ) |

## CLASS REPRESENTATIVE'S MOTION FOR FINAL APPROVAL

Class Representative, Paula Parks McClintock, on behalf of herself and all others similarly situated, respectfully files this Motion for Final Approval, and hereby moves the Court for final approval of the following:

1. Proposed class action Settlement;

2. Form and manner of the Notice sent to the Class; and

3. Proposed Plan of Allocation.

Class Representative bases this Motion on the Settlement Agreement, the applicable law, and all pleadings and records on file in this matter, which are respectfully incorporated by reference as if set forth fully herein. Class Representative also bases this Motion on her Memorandum of Law in Support of the Motion, which is filed contemporaneously herewith.

Class Representative's Proposed Order and Judgment Granting Final Approval of Class Action Settlement ("Final Approval Order") is attached as Exhibit 1. Class Representative's Proposed Plan of Allocation Order is attached hereto as Exhibit 2.

Class Representative respectfully requests the Court grant the relief listed above by entering the proposed Final Approval Order and the proposed Plan of Allocation Order and grant any further relief to which the Court finds Class Representative and the Settlement Class entitled.

DATED: January 15, 2020.

        Respectfully submitted,

        */s/ Bradley E. Beckworth*
        Bradley E. Beckworth, OBA No. 19982
        Andrew G. Pate, TX Bar No. 24079111
        **NIX PATTERSON, LLP**
        3600 N. Capital of Texas Hwy.
        Building B, Suite 350
        Austin, TX 78746
        (512) 328-5333 telephone
        (512) 328-5335 facsimile
        *bbeckworth@nixlaw.com*
        *dpate@nixlaw.com*

        Susan Whatley, OBA No. 30960
        **NIX PATTERSON, LLP**
        P.O. Box 178
        Linden, Texas 75563
        (903) 215-8310 telephone
        *swhatley@nixlaw.com*

        Patrick M. Ryan, OBA No. 7864
        Phillip G. Whaley, OBA No. 13371
        Jason A. Ryan, OBA No. 18824
        Paula M. Jantzen, OBA No. 20464
        **RYAN WHALEY COLDIRON**
        **JANTZEN PETERS & WEBBER PLLC**
        400 North Walnut Avenue
        Oklahoma City, OK 73140
        (405) 239-6040 telephone
        (405) 239-6766 facsimile
        *pryan@ryanwhaley.com*
        *pwhaley@ryanwhaley.com*
        *jryan@ryanwhaley.com*
        *pjantzen@ryanwhaley.com*

Michael Burrage, OBA No. 1350
**WHITTEN BURRAGE**
512 N. Broadway Ave., Suite 300
Oklahoma City, OK 73103
(405) 516-7800 telephone
(405) 516-7859 facsimile
*mburrage@whittenburragelaw.com*

Robert N. Barnes, OBA No. 537
Patranell Lewis, OBA No. 12279
Emily Nash Kitch, OBA No. 22244
**BARNES & LEWIS, LLP**
208 N.W. 60th Street
Oklahoma City, OK 73118
(405) 843-0363 telephone
(405) 843-0790 facsimile
*rbarnes@barneslewis.com*
*plewis@barneslewis.com*
*ekitch@barneslewis.com*

Lawrence R. Murphy, Jr., OBA No. 17681
**SMOLEN LAW**
611 S. Detroit Ave.
Tulsa, OK 74120
*larry@smolen.law*

**CLASS COUNSEL**

**CERTIFICATE OF SERVICE**

I hereby certify that I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to all registered parties.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: January 15, 2020.

*/s/ Bradley E. Beckworth*
Bradley E. Beckworth